IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                PLAINTIFF

v.                              No. 3:15-cv-377-DPM

POINSETT COUNTY DETENTION CENTER
and LARRY MILLS, Sheriff, Poinsett County                    DEFENDANTS

JUDGMENT

Addison's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

2 December 2015